Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Phillip Thompson, Bar No. 12114
phillip.thompson@jacksonlewis.com
JACKSON LEWIS P.C.
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 921-2460
Facsimile: (702) 921-2461

Matthew J. Hoffer, MI Bar No. P70495*
Matt@BradShaferLaw.com
SHAFER & ASSOCIATES, P.C.
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
Telephone: (517) 886-6560
Facsimile: (517) 886-6565
*Admitted Pro Hac Vice

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HUSSAIN A. ALTAI,<br><br>  Plaintiff,<br><br>  vs.<br><br>LITTLE DARLINGS OF LAS VEGAS, LLC, a domestic limited liability company,<br><br>  Defendant. | CASE NO: 2:15-CV-01607-LDG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of March, 2016.

JACKSON LEWIS P.C.

_____
Elayna J. Youchah, Bar #5837
Phillip Thompson, Bar #12114
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

Matthew J. Hoffer, MI Bar No. 70495*
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
*Attorneys for Defendant*

GUINNESS LAW FIRM

_____
Guinness Ohazuruike, Bar #11321
6845 W. Charleston Blvd #A
Las Vegas, NV 89117
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED ___12___ April _____, 2016.

_____
United States District Judge
Lloyd D. George